IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

STEPHANIE STUBBS                                                                               PLAINTIFF

V.                                                               CIVIL ACTION NO. 1:09-CV-00135-SA-JAD

WASTE MANAGEMENT OF MISSISSIPPI, INC.                                           DEFENDANT

**ORDER ON SUMMARY JUDGMENT**

Pursuant to an opinion issued this day, it is hereby ORDERED that

(1) the Defendant's Motion for Summary Judgment [31] is GRANTED;

(2) the Plaintiff's claims are dismissed; and

(3) this case is CLOSED.

All memoranda, depositions, declarations and other materials considered by the Court in ruling on this motion are hereby incorporated into and made a part of the record in this action.

SO ORDERED, this the   20th   day of September 2010.

                                                 /s/ Sharion Aycock
                                                 U.S. DISTRICT JUDGE